**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1050**

---

NATIONSBANK, NA,

Plaintiff - Appellee,

and

INTERNAL REVENUE SERVICE; LINDA MARTHA FECK,
a/k/a Linda Martha Feck Raney, Trustee,

Defendants - Appellees,

versus

ARLIN EDWARD RANEY,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. James H. Michael, Jr., and Jackson L. Kiser, Senior District Judges. (CA-98-18-5)

---

Submitted: June 30, 2000          Decided: August 7, 2000

---

Before WILKINS, LUTTIG, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Arlin Edward Raney, Appellant Pro Se. Joseph William Wright, III, MCQUIRE, WOODS, BATTLE & BOOTHE, Charlottesville, Virginia; Anthony Thomas Sheehan, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arlin Edward Raney appeals from the district court's orders: (1) granting partial summary judgment to NationsBank on its interpleader action and dismissing it as a stakeholder; (2) granting summary judgment to Linda Martha Feck Raney as trustee and directing the payment of the interpleader fund to her; and (3) awarding fees to the guardians ad litem appointed to represent the interests of Raney and his minor children in the proceedings below.  Our review of the record and the district court's opinions discloses no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See NationsBank v. Raney, No. CA-98-18-5 (W.D. Va., Oct. 1, 1998, Nov. 1, 1999, & Dec. 16, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.  In light of this disposition, we deny Raney's motion for preparation of a transcript at government expense.

AFFIRMED

2